| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 03, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHAEL GENE ROY JR.,

        Defendant.

Case No. 2:24-po-00019-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL GENE ROY JR., Case No. 2:24-po-00019-JDP, Charge 36 CFR 261.10(b), from custody for the following reasons:

    **X**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    **X**    (Other): The Defendant shall not commit another federal, state, or local offense and shall not camp, reside, or sleep overnight on any United States Forest Service lands.

Sacramento County Jail is further ORDERED to release the defendant with a

    **X**    30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 03, 2024 at 2:20 p.m.

By: _____
       Magistrate Judge Jeremy D. Peterson