PHILLIP A. TALBERT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL G. ROY,<br><br>        Defendant. | CASE NO. 2:24-MJ-00064-JDP<br><br>STIPULATION REGARDING BENCH TRIAL DATE; [~~PROPOSED~~] ORDER<br><br>DATE: May 20, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

    1.    This matter was set for a May 20, 2024 Bench Trial based on a Citation dated December 10, 2023. *See* ECF # 1, 6.

    2.    On May 15, 2024, the United States filed an Information charging Mr. Roy with four counts. *See* ECF # 8. The four counts allege violations of Class B misdemeanors. *See id.*

    3.    By this stipulation, the parties now move to continue the Bench Trial until July 22, 2024.

//
//
//
//

STIPULATION REGARDING BENCH TRIAL DATE

1

4. The parties make this request in order to adequately prepare for trial.

IT IS SO STIPULATED.

Dated:  May 16, 2024                                 PHILLIP A. TALBERT
                                                             United States Attorney

                                                             /s/ R. ALEX CARDENAS
                                                             R. ALEX CARDENAS
                                                             Assistant United States Attorney

Dated:  May 16, 2024                                 /s/ LINDA C. HARTER
                                                             LINDA C. HARTER
                                                            Counsel for Defendant
                                                             Michael G. Roy

**[PROPOSED] ORDER**

IT IS SO ORDERED this 17th day of May, 2024.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE